# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1619

IN RE LOUISIANA FISH FRY PRODUCTS, LTD.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Serial No. 77816809.

Authorized Abbreviated Caption[2]

IN RE LOUISIANA FISH FRY PRODUCTS, 2013-1619

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.